**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TESSERA, INC. and TESSERA ADVANCED TECHNOLOGIES, INC., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 16-380-LPS-CJB |
| v. | ) ) | |
| BROADCOM CORPORATION, | ) ) ) | |
| Defendant. | ) | |
| TESSERA, INC. and INVENSAS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 16-cv-1034-LPS |
| v. | ) ) ) | DEMAND FOR JURY TRIAL |
| AVAGO TECHNOLOGIES U.S. INC., AVAGO TECHNOLOGIES WIRELESS (U.S.A.) MANUFACTURING INC., EMULEX CORPORATION, LSI CORPORATION and PLX TECHNOLOGY, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to submit their Joint Claim Construction Chart is extended to November 9, 2017.

| | |
|---|---|
| Dated: November 8, 2017 | Respectfully submitted, |
| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Phone: 302-777-0336<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiffs* | /s/ Adam W. Poff<br>Adam W. Poff (No. 3990)<br>Pilar G. Kraman (No. 5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>pkraman@ycst.com<br><br>*Attorneys for Defendant* |

IT IS SO ORDERED this _____ day of November, 2017.

_____
The Honorable Leonard P. Stark